Port J. Parker, SBN 179256
port@parlawgroup.com
Myles G. Taylor, SBN 298687
myles@parlawgroup.com
**PARKER TAYLOR LAW GROUP, PC**
555 Capitol Mall, Suite 1230
Sacramento, CA 95814
Telephone: (916) 996-0400

Attorneys for Defendants STEMEXPRESS, LLC and CATE DYER

parker taylor law group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEMCELL TECHNOLOGIES CANADA INC., f/k/a STEMCELL TECHNOLOGIES INC., a Canadian corporation; STEMCELL TECHNOLOGIES INC., a Nevada corporation; and CANVENTA LIFE SCIENCES, INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>STEMEXPRESS, LLC, a California limited liability corporation; CATHERINE S. DYER a/k/a CATE DYER, an individual; and DOES 1-10 inclusive,<br><br>Defendants.<br>———<br>STEMEXPRESS, LLC, a California limited liability corporation;<br><br>Counter-Plaintiff<br><br>v.<br><br>STEMCELL TECHNOLOGIES CANADA INC., et. al.<br><br>Counter-Defendants. | Case No. 3:21-cv-01594<br><br>*Case Assigned to Judge Vince Chhabria*<br><br>**STEMEXPRESS LLC'S OBJECTION TO STEMCELL TECHNOLOGIES CANADA, INC.'S JOINT LETTER BRIEF IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |

/ / /

/ / /

/ / /

On August 5, 2022, counsel for Plaintiffs/Counter-Defendants STEMCELL Technologies Canada Inc., STEMCELL Technologies Inc., and Canventa Life Sciences, Inc. (collectively, "Counter-Defendants") sent an email to counsel for Defendant/Counter-Plaintiff StemExpress, LLC ("StemExpress") enclosing a draft of the recently filed "joint" Letter Brief and Statement of Unresolved Issues regarding Motion to Compel Responses to Counter-Defendants' Interrogatories to StemExpress (the "Motion"). See Declaration of Port J. Parker ¶ 3, Exhibit A. The email stated, "Please confirm that we have your permission to file these." Counsel for StemExpress responded less than an hour later stating, "As presented, you **do not** have our permission to file these documents in their current form." *Id*. at ¶ 5, Exhibit B, emphasis in original. Counter-Defendants did not respond to this email from counsel for StemExpress. Despite this, On August 8, 2022, Counter-Defendants filed the joint letter brief, and did not properly address StemExpress' stated objection or concerns, nor did they apprise the court of the same.

While StemExpress did not take issue with the vast majority of the untracked changes to the joint letter brief, it did raise a concern with Counter-Defendants' changes to StemExpress' portion of the joint letter and omissions from the joint chart. In part, Counter-Defendants moved a portion of StemExpress' joint letter brief to the end of the letter without permission, did not provide a redline version or informing StemExpress of the change, and deleted information from the joint chart. StemExpress raised this issue to Counter-Defendants and anticipated Counter-Defendants either correcting the joint letter brief or engaging in a meet and confer. Regrettably, Counter-Defendants failed to correct the joint letter brief and filed it without StemExpress' consent. However, the deleted portions of the joint chart were returned in the filed version.

StemExpress makes this objection to ensure the record is clear as to what it did and did not consent to, with the hope Counter-Defendants/counsel do not engage in similar conduct with respect to represented future alleged joint filings, and that Counter-Defendants/counsel finally, please, meet and confer in good faith on all present and future discovery issues, which has been a challenge for StemExpress to obtain Counter-Defendants/counsel's cooperation on to date (as required by Fed. Rule of Civ. Proc. 37, Local Rule 37-1, Magistrate Judge Beeler's Standing Order III(4), and the March 26,

parker taylor law group

2022 Discovery Order (see ECF 91).)

DATED: August 9, 2022

PARKER TAYLOR LAW GROUP, PC

*/s/ Port J. Parker*

PORT J. PARKER, SBN 179256
MYLES G. TAYLOR, SBN 298687
555 Capitol Mall, Suite 1230
Sacramento, CA 95814
Tel: (916) 996-0400
port@parlawgroup.com
myles@parlawgroup.com
Attorneys for STEMEXPRESS, LLC and CATE DYER

parker taylor law group