Port J. Parker, SBN 179256
port@parlawgroup.com
Myles G. Taylor, SBN 298687
myles@parlawgroup.com
**PARKER TAYLOR LAW GROUP, PC**
555 Capitol Mall, Suite 1230
Sacramento, CA 95814
Telephone: (916) 996-0400

Attorneys for Defendants STEMEXPRESS, LLC and CATE DYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEMCELL TECHNOLOGIES CANADA INC., f/k/a STEMCELL TECHNOLOGIES INC., a Canadian corporation; STEMCELL TECHNOLOGIES INC., a Nevada corporation; and CANVENTA LIFE SCIENCES, INC., a Delaware corporation,<br><br>Counter-Defendants,<br><br>v.<br><br>STEMEXPRESS, LLC, a California limited liability corporation; CATHERINE S. DYER a/k/a CATE DYER, an individual; and DOES 1-10 inclusive,<br><br>Defendants.<br><br>STEMEXPRESS, LLC, a California limited liability corporation;<br><br>Counter-Plaintiff<br><br>v.<br><br>STEMCELL TECHNOLOGIES CANADA INC., et. al.<br><br>Counter-Defendants. | Case No. 3:21-cv-01594<br><br>*Case Assigned to Judge Vince Chhabria*<br><br>**DECLARATION OF PORT J. PARKER IN SUPPORT OF STEMEXPRESS LLC'S OBJECTION TO STEMCELL TECHNOLOGIES CANADA, INC.'S JOINT LETTER BRIEF IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |

/ / /

/ / /

/ / /



parker taylor law group

parker taylor law group

I, Port J. Parker, declare as follows:

1. I am an attorney admitted to practice law before all of the courts of the State of California and am a partner with Parker Taylor Law Group Attorneys, PC, attorneys of record for Defendant and Counter-Plaintiff StemExpress, LLC ("StemExpress").

2. I make this declaration from my own personal knowledge, and from my review of my firm's files and records in this action. I am familiar with the filing and recordkeeping practices of my firm. All documents referred to in this declaration were kept and made in the ordinary course of business by trusted members of this firm at or soon after the dates of the underlying events. If called as a witness, I could and would competently testify to the facts stated in this declaration.

3. On August 5, 2022, at approximately 12:47 p.m., counsel for Plaintiffs/Counter-Defendants STEMCELL Technologies Canada Inc., STEMCELL Technologies Inc., and Canventa Life Sciences, Inc. (collectively, "Counter-Defendants") sent me an email enclosing a version of the Letter Brief and Statement of Unresolved Issues regarding Motion to Compel Responses to Counter-Defendants' Interrogatories to StemExpress. The email stated, "Please confirm that we have your permission to file these." A true and correct copy of this email is attached hereto as **Exhibit A**.

4. The documents enclosed did not include redlined changes and contained several changes to StemExpress' portions, namely that Counter-Defendants moved a portion of StemExpress' joint letter brief to the end of the letter without permission and deleted information from the joint chart.

5. On August 5, 2022, at approximately 1:27 p.m., I responded to this email stating:

> As presented, you **<u>do not</u>** have our permission to file these documents in their current form. We do not consent to the moving of our portion of the introduction. Either remove your arguments from this portion of the letter, leaving only the bare facts, or include our portion.
>
> With regard to the Statement of Unresolved Issues, all of our sections have been deleted from the chart. The fact that the title of the document has been updated implies that this was not an oversight. Please appropriately add what we transmitted and resubmit for our review. If you attempt to file these versions of the letter brief or chart, we will be forced to take appropriate action.

/ / /

/ / /

/ / /

/ / /

A true and correct copy of this email is attached hereto as **Exhibit B**.

6. My office has received no response to my email.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 8, 2022, at Sacramento, California.

PORT J. PARKER

parker taylor law group