# EXHIBIT "A"

**[To Declaration of Port J. Parker ISO Objection to Joint Letter Brief]**

**From:** David Quinto <dquinto@onellp.com>
**Sent:** Friday, August 5, 2022 12:47 PM
**To:** Kaitlyn Bigoni; Port J. Parker; Myles G. Taylor; Laurie Book; Zoila Perez
**Cc:** Jo Ardalan
**Subject:** FW: STEMCELL motion to compel 'rog responses
**Attachments:** 2022-08-04 - July 2022 Stmt of Unresolved Issues - ROGS (jb edits).docx; 2022-08-04 TRACKED CHANGES DRAFT July 2022 - Joint Letter Brief in STEMCELL re Interrogatories (jb edits).docx

CAUTION: This email originated from outside of the organization.

Please confirm that we have your permission to file these.

--
**David Quinto**
**Of Counsel**
**one llp**
Intellectual Property & Entertainment Law
213-604-1777
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
dquinto@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*