# EXHIBIT "B"

**[To Declaration of Port J. Parker ISO Objection to Joint Letter Brief]**

**From:** Port J. Parker
**Sent:** Friday, August 5, 2022 1:27 PM
**To:** David Quinto; Kaitlyn Bigoni; Myles G. Taylor; Laurie Book; Zoila Perez
**Cc:** Jo Ardalan
**Subject:** RE: STEMCELL motion to compel 'rog responses

Good afternoon Mr. Quinto,

As presented, you **do not** have our permission to file these documents in their current form. We do not consent to the moving of our portion of the introduction. Either remove your arguments from this portion of the letter, leaving only the bare facts, or include our portion.

With regard to the Statement of Unresolved Issues, all of our sections have been deleted from the chart. The fact that the title of the document has been updated implies that this was not an oversight. Please appropriately add what we transmitted and resubmit for our review. If you attempt to file these versions of the letter brief or chart, we will be forced to take appropriate action.

Port

**Port J. Parker**
(Dictated to expedite via Dragon, excuse typos.)

parker taylor law group

Parker Taylor Law Group, PC
555 Capitol Mall Suite 1230, Sacramento, CA 95814
T: (916) 996-0400

CONFIDENTIALITY NOTICE -- PRIVILEGED AND CONFIDENTIAL
*This email and any attachments thereto are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the original and any copy of this email and any printout thereof.*

---

**From:** David Quinto <dquinto@onellp.com>
**Sent:** Friday, August 5, 2022 12:47 PM
**To:** Kaitlyn Bigoni <Kaitlyn@parlawgroup.com>; Port J. Parker <port@parlawgroup.com>; Myles G. Taylor <myles@parlawgroup.com>; Laurie Book <Laurie@parlawgroup.com>; Zoila Perez <zoila@parlawgroup.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>
**Subject:** FW: STEMCELL motion to compel 'rog responses

CAUTION: This email originated from outside of the organization.

Please confirm that we have your permission to file these.

--
**David Quinto**
**Of Counsel**
**one llp**
Intellectual Property & Entertainment Law
213-604-1777
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
dquinto@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*