Port J. Parker, SBN 179256
port@parlawgroup.com
Myles G. Taylor, SBN 298687
myles@parlawgroup.com
**PARKER TAYLOR LAW GROUP, PC**
555 Capitol Mall, Suite 1230
Sacramento, CA 95814
Telephone: (916) 996-0400
Facsimile: (916) 668-5760

Attorneys for Defendants STEMEXPRESS, LLC and CATE DYER

parker taylor law group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEMCELL TECHNOLOGIES CANADA INC., f/k/a STEMCELL TECHNOLOGIES INC., a Canadian corporation; STEMCELL TECHNOLOGIES INC., a Nevada corporation; and CANVENTA LIFE SCIENCES, INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>STEMEXPRESS, LLC, a California limited liability corporation; CATHERINE S. DYER a/k/a CATE DYER, an individual; and DOES 1-10 inclusive,<br><br>Defendants.<br>———<br>STEMEXPRESS, LLC, a California limited liability corporation;<br><br>Counter-Plaintiff<br><br>v.<br><br>STEMCELL TECHNOLOGIES CANADA INC., et. al.<br><br>Counter-Defendants. | Case No. 3:21-cv-01594<br><br>*Case Assigned to Judge Vince Chhabria*<br><br>**PROOF OF SERVICE**<br><br><br><br>*Trial Date: February 3, 2023* |

parker taylor law group

***COURT:*** ***U.S. District Court – Norther District of California***
***CASE NO.:*** ***3:21-cv-01594***
***CASE NAME:*** ***StemCell Technologies, et al. v. StemExpress, LLC***

PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento. My business address is 555 Capitol Mall, Suite 1230; Sacramento, California 95814. I am over the age of 18 years and not a party to the above-entitled action.

On August 9, 2022, I served the following document(s):

1) **STEMEXPRESS, LLC'S OBJECTION TO STEMCELL TECHNOLOGIES CANADA, INC.'S JOINT LETTER BRIEF IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES**
2) **DECLARATION OF PORT J. PARKER IN SUPPORT OF OBJECTION TO STEMCELL TECHNOLOGIES CANADA, INC.'S JOINT LETTER BRIEF IN SUPPORT OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES WITH EXHIBIT A AND B.**

X BY CM/ECF---
I caused the above-named document(s) to be electronically filed and served using the CM/ECF system addressed to all person(s)/entity(ies) appearing on the CM/ECF electronic service list:

David W. Quinto
Joanna Ardalan
ONE LLP
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Telephone: (310) 866-5157
Facsimile: (310) 943-2085
Email: dquinto@onellp.com
jardalan@onellp.com
jburr@onellp.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on August 9, 2022 at Sacramento, California.

ZOILA PEREZ