UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEMCELL TECHNOLOGIES CANADA INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEMEXPRESS, LLC, et al., <br><br> Defendants. | Case No. 21-cv-01594-VC <br><br> **ORDER DENYING EMERGENCY MOTION FOR RELIEF** <br><br> Re: Dkt. No. 124 |

Canventa Life Sciences has filed a third "emergency" motion regarding discovery. The motion is denied, and Judge Beeler's amended discovery order is affirmed. Dkt. No. 121.

As Judge Beeler explained, Canventa has failed to carry its burden in support of a "highly confidential" designation for the documents at issue. For this reason alone, the motion is denied.

To the extent it is helpful, the Court does not see any reason why the "highly confidential" designation must be strictly limited to the two types of documents listed in the parties' stipulated protective order. Dkt. No. 87 (contemplating such designation for certain non-public financial information and third-party confidential information). But this clarification is not license to seek improper designations: The party seeking designations bears a heavy burden to show a specific need to protect each document. This is certainly true for documents outside those categories originally contemplated by the parties. Abuse of these designations will be harshly sanctioned. And the percentage of documents sought to be protected neither carries a party's burden nor demonstrates good faith; the right number of "highly confidential" documents is not determined by the total number of documents produced.

Finally, it is true that the operative protective order in this case was signed by this Court.

However, discovery has been referred to Judge Beeler. The parties must follow Judge Beeler's processes for discovery disputes and should presume that this Court is likely to affirm discovery orders absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: August 19, 2022

VINCE CHHABRIA
United States District Judge